CHARLES LEOPOLD, Respondent, *v.* THE PRESIDENT, MANAGERS AND COMPANY OF THE DELAWARE AND HUDSON CANAL COMPANY, Appellant.

Reported below, 74 Hun, 137.
(Argued February 27, 1896; decided March 13, 1896.)

APPEAL from judgment of the General Term of the Supreme Court in the third judicial department, entered upon an order made December 6, 1893, which affirmed a judgment in favor of plaintiff entered upon a verdict, and also affirmed an order denying a motion for a new trial.

*Lewis E. Carr* for appellant.

*J. W. Houghton* for respondent.

Judgment affirmed, with costs; no opinion.
All concur.

---

FRANK J. AMSDEN, Respondent, *v.* GEORGE W. JACOBS, Appellant.

Reported below, 75 Hun, 311.
(Argued February 27, 1896; decided March 13, 1896.)

APPEAL from judgment of the General Term of the Supreme Court in the fifth judicial department, entered upon an order made January 18, 1894, which affirmed a judgment in favor of plaintiff entered upon a verdict directed by the court.

*Marsenus H. Briggs* for appellant.

*Nathaniel Foote* for respondent.

Judgment affirmed, with costs; no opinion.
All concur, except O'BRIEN and MARTIN, JJ., not voting; and HAIGHT, J., not sitting.